# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JOVITA JONES CAGE,

    Plaintiff,

v.                                                    Case No. 2:18-cv-0868-JTF-cgc

VICTORIA'S SECRET STORES, LLC, ET AL.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that this action is dismissed, with prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  July 15, 2019

                                          Respectfully submitted,

                                          *s/ Robert L. J. Spence, Jr.*
                                          Robert L. J. Spence, Jr. (TN #12256)
                                          Jerrick D. Murrell (TN #34368)
                                          THE SPENCE LAW FIRM, PLLC
                                          Brinkley Plaza
                                          80 Monroe Ave., Garden Suite One
                                          Memphis, TN 38103
                                          Telephone: (901) 312-9160
                                          Facsimile: (901) 521-9550
                                          rspence@spence-lawfirm.com
                                          jmurrell@spence-lawfirm.com

Kevin J. White
Jason P. Brown
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
KWhite@HuntonAK.com
BrownJ@HuntonAK.com

*Attorneys for Defendant Victoria's Secret Stores, LLC*


*s/ Edward J. McKenney, Jr. (with permission)*
Edward J. McKenney (TN #5380)
William J. Wyatt (TN #25774)
HARRIS SHELTON HANOVER WALSH, PLLC
6060 Primacy Parkway, Ste. 100
Memphis, TN 38119
Telephone: (901) 525-1455
Facsimile: (901) 526-4084
emckenney@harrisshelton.com
wwyatt@harrisshelton.com

*Attorneys for Defendants Town of Collierville and Justin Lewis*

*s/ Johnnie D. Bond, Jr. (with permission)*
BOND LAW, PLLC
1100 H Street, N.W., Suite 315
Washington, DC 20005
Telephone: (202) 683-6803
Facsimile: (202) 478-2252
jbond@bondpllc.com

*s/ Bradley A. Thomas. (with permission)*
Bradley A. Thomas
THE LAW OFFICES OF BRADLEY A. THOMAS
1629 K Street, N.W., Suite 300
Washington, DC 20006-1631
Telephone: (202) 289-7574
Facsimile: (202) 289-5055
batlaw@bradleythomaslaw.com

*Attorneys for Plaintiff*